# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

TERRY EARNHEART,   Civil No. 11-3308 (RHK/SER)

      Plaintiff,   **ORDER**

v.

ZIMMER, INC. AND ZIMMER
HOLDINGS INC.

      Defendants.

---

The Parties have filed their Joint Stipulation to Transfer to the Northern District of Indiana (Doc. No. 11). The Court, having considered the Stipulation and being duly advised, finds that the Stipulation should be granted.

**IT IS ORDERED** that this action is transferred to the Northern District of Indiana pursuant to 28 U.S.C. §§ 1391(a) and 1406(a). Further, Defendants' Motion To Dismiss Or, In The Alternative, To Transfer Venue is hereby **WITHDRAWN**.

Dated: February 7, 2012

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge