## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Terry Earnheart, | ) |
|       Plaintiff, | ) |
| v. | ) No. 12 C 1619 |
| Zimmer Inc., et al, | ) Judge Rebecca R. Pallmeyer |
|       Defendants. | ) |

### ORDER

Pursuant to Federal Rule of Civil Procedure 41(a), the case is dismissed in its entirety with prejudice. Each party is to bear its own costs and attorneys' fees.

ENTER:

Dated: September 25, 2014

_____
REBECCA R. PALLMEYER
United States District Judge